No. 94–6393. POWELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6395. MOSES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6404. HOLLOWAY v. HUNDLEY, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–6406. COOPER v. COX ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–6410. MCBRIDE v. HEAD ET AL. Sup. Ct. Ga. Certiorari denied.

No. 94–6417. MCAFEE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–6426. HOFFMAN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 94–6435. OTTO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6440. SMATHERS v. GREINER. C. A. 3d Cir. Certiorari denied.

No. 94–6442. RANDALL v. FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES OF VOLUSIA COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–6450. GREEN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–6452. GARRETT v. PERRY, SECRETARY OF DEFENSE, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–6473. PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6490. RAMSEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–6493. DUBYAK v. SMITH, WARDEN. C. A. 9th Cir. Certiorari denied.